NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Mary F. Schiavo
Baum, Hedlund, Aristei, Guilford
& Schiavo
12100 Wilshire Boulevard
Suite 950
Los Angeles, CA  90025
(310) 207-3233

Priority _____ ✓
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 0 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LESLI HAMILTON and KATHERINE KEITH, et al.

Plaintiff(s)

v.

GLAXOSMITHKLINE, INC., a North Carolina corporation,

Defendant(s)

CASE NUMBER.

CV 01-7937 MRP (CWx)

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

**NOTICE:** Effective January 1, 2000, the fee for *Pro Hac Vice* Appearance is $85.00 for each **case** application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies.

I, MARY F. SCHIAVO _____, hereby apply to the Court under Local Rule 2.3.2 for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant: LESLIE HAMILTON, et al. _____ by whom I have been retained.

I am associated with the law firm of Baum, Hedlund, Aristei, Guilford & Schiavo whose offices are located at: 12100 Wilshire Boulevard, Suite 950, Los Angeles, CA  90025 telephone number: (310) 207-3233 facsimile number: (310) 820-7444

ENTER ON ICMS

OCT 1 0 2001

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
| --- | --- |
| U.S. District Court W. Dist. MO | 9/13/80 |
| U.S. Supreme Court | 1990 |
| Maryland State Courts | 6/23/94 |
| District of Columbia courts | 12/6/93 |
| Missouri State Courts | 9/13/80 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions: Non-applicable.

| CASE NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED |
| --- | --- | --- |
| | | |
| | | |
| | | |

CLERK, U.S. DISTRICT COURT
COURT 4612

OCT - 4 2001

PAID

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

G-64 (04/00)

PAGE 1 OF 2

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

Non-applicable.

I designate ___Karen A. Barth, Esq.___ of the law firm of Baum, Hedlund, Aristei, Guilford
whose address is: 12100 Wilshire Blvd., Suite 950, Los Angeles, CA 90025
telephone number: (310) 207-3233 facsimile number: (310) 820-7444 who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: _Sept. 25, 2001_                            _Mary F. Salmare_
                                                          *Applicant Signature*

My residence address is: 164 West 19th Avenue, Suite 400, Columbus, OH 43210
telephone number: (614) 292-8572 facsimile number: (614) 292-1014

I hereby consent to the foregoing designation.

Date: _9/21/01_

                                                          *Designee Signature*
                                          California State Bar No. 180234

---

**ORDER**

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
☒ Granted.
☐ Denied and fee ordered returned.

Date: _October 5, 2001_            _Mariana R. Pfaelzer_
                                          UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE

---