Priority ☑
Send ☑
Enter ——
Closed ——
JS-5/JS-6 ——
JS-2/JS-3 ——
Scan Only ——

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.    CV01-07937-MRP(CWx)                    Date: **July 30, 2002**

Title: **In re PAXIL LITIGATION**

------------------------------------------------------------------------------------------

PRESENT: **THE HONORABLE MARIANA R. PFAELZER, U.S. DISTRICT JUDGE**

Paul M. Cruz                      N/A

**Deputy Clerk**            **Court Reporter / Recorder**      **Tape No.**

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                          N/A


PROCEEDINGS:    In Chambers


The Court hereby refers plaintiffs' Ex Parte Application for Order to take the depositions of Certain Declarants on Shortened Notice, Extend the Time to File Reply or, in the alternative Striking the Declarations, filed July 29, 2002 to the Honorable Carla M. Woehrle, United States Magistrate Judge.

ENTER ON ICMS

JUL 3 1 2002

55

cc: Hon. Carla M. Woehrle

Initials of Preparer ____