**Priority**
**Send** X
**Enter** ___
**Closed** ___
**JS-5/JS-6** ___
**JS-2/JS-3** ___
**Scan Only** ___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

**CIVIL MINUTES-GENERAL**

**Case No. CV 01-7937-MRP(CWx)**          **Date: July 30, 2002**

**Title: In re Paxil Litigation**

DOCKET ENTRY

PRESENT: HON. CARLA WOEHRLE, UNITED STATES MAGISTRATE JUDGE

Janet Argarin              N/A
Deputy Clerk          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

N/A                      N/A

PROCEEDINGS (IN CHAMBERS)

Plaintiffs' Ex Parte Application for Order to Take the Depositions of Certain Declarants on Shortened Notice, Extend the Time to File Reply or, in the Alternative Striking the Declarations is **DENIED**. Plaintiffs have not made a sufficient showing of immediate need to take the proposed depositions so as to justify an order altering the discovery plan previously approved by the court or the current briefing schedule for the August 12 preliminary injunction hearing. The evidentiary weight to be afforded the declarations in question can be assessed by the court at the motion hearing; an order striking the declarations is not warranted at this time.

cc:  District Judge Pfaelzer
     Counsel of Record



57