Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.     CV01-07937-MRP(CWx)                     Date:  August 12, 2002

Title:  In re PAXIL LITIGATION

------------------------------------------------------------------------------------------

PRESENT: THE HONORABLE MARIANA R. PFAELZER, U.S. DISTRICT JUDGE

| Paul M. Cruz | David Salyer | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:

| Karen A. Barth | Vernon I. Zvoleff |
|---|---|
| Kevin J. Yourman | Chilton Davis Varner |
| Donald J. Farber | Mark S. Brown |

PROCEEDINGS:    PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION


        Case called.  Attorneys state their appearances.  The Court hears argument on the motion and takes the matter under submission.



ENTERED ON ICMS
AUG 13 2002
CV

Initials of Preparer _____

CV-90 (10/98)                        CIVIL  MINUTES  -  GENERAL