VERNON I. ZVOLEFF (Bar No. 81380)
THOMAS W. PULLIAM, JR. (Bar No. 46322)
DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-1730
Facsimile: (415) 397-1735

CHILTON D. VARNER
MARK S. BROWN
ANDREW T. BAYMAN
TODD P. DAVIS
KING & SPALDING
191 Peachtree Street
Atlanta, Georgia 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5143

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
AUG 16 2002
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY CLERK

William A. Hanssen (Bar No. 110613)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301

ENTER ON JCMS
AUG 19 2002

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION,
dba GLAXOSMITHKLINE
(erroneously sued herein as "GlaxoSmithKline, Inc.")

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PAXIL LITIGATION | Master File No.: CV-01-07937 MRP (Cwx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | DEFENDANT'S [PROPOSED] ORDER |

Plaintiffs' Motion for Preliminary Injunction came on regularly for hearing on August 12, 2002 at 10:00 a.m. in Department 12 of the above-entitled court, the Honorable Mariana Pfaelzer presiding. Karen A. Barth of Baum, Hedlund, Aristei, Guilford & Schiavo, Kevin Yourman of Weiss & Yourman and Donald J. Farber

DRINKER BIDDLE & REATH LLP
225 Bush Street
San Francisco, CA 94104

LA1\226361\1

1

DEFENDANT'S RESPONSE TO ORDER REGARDING FORM OF PRELIMINARY INJUNCTION
MASTER FILE NO.: CV-01-0737 MRP (CSX)

85

appeared on behalf of Plaintiffs, and Chilton Davis Varner and Mark S. Brown of King & Spalding and Vernon I. Zvoleff of Drinker, Biddle & Reath appeared on behalf of defendant SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline ("GSK"). After reviewing the parties' submissions and hearing oral argument, the Court hereby issues a Preliminary Injunction enjoining defendant GSK from airing TV commercials advertising Paxil treatment that state, orally or in writing, that "Paxil is non-habit forming." This Order shall take effect on September 1, 2002.

Dated: *August 16, 2002*

*[signature]*
Honorable Mariana R. Pfaelzer
Judge of the U.S. District Court

DRINKER BIDDLE & REATH LLP
225 Bush Street
San Francisco, CA 94104

LA1\22636\1

2    DEFENDANT'S RESPONSE TO ORDER REGARDING
FORM OF PRELIMINARY INJUNCTION
MASTER FILE NO.: CV-01-0737 MRP (CSX)