Karen A. Barth (180234)
Mary Schiavo, *pro hac vice*
BAUM, HEDLUND, ARISTEI, GUILFORD & SCHIAVO
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

Kevin J. Yourman (147159)
Zev B. Zysman (176805)
WEISS & YOURMAN
10940 Wilshire Boulevard, 24th Floor
Los Angeles, CA 90024
Tel: (310) 208-2800
Fax: (310) 209-2348

Donald J. Farber (168837)
LAW OFFICE OF DONALD J. FARBER
7 Mt. Lassen Drive, Suite D-122
San Rafael, California 94903
Ph: (415) 472-7181
Fax: (415) 472-7182

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re PAXIL LITIGATION | ) Master File No.: CV-01-07937 MRP ) (CWx) ) |
| THIS DOCUMENT RELATES TO: | ) **CLASS ACTION** ) ) **STIPULATION AND ~~(PROPOSED)~~ ORDER ON SCHEDULING OF** |
| ALL ACTIONS | ) **DEFENDANT'S MOTION FOR ** ) **RECONSIDERATION OF** ) **PRELIMINARY INJUNCTION** ) **ORDER** |

**Ctrm. 12**
**(Hon. Mariana R. Pfaelzer)**

///

///

///

///

Stip. & (Proposed) Order on Scheduling Deft's
Motion for Reconsideration of Prelim. Injunction Order

1

ORIGINAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

The parties to this action respectfully submit this Stipulation requesting that this Court permit an abbreviated schedule for briefing and hearing of Defendant's Motion for Reconsideration. Defendant filed its Motion on August 21, 2002, and originally noticed a hearing date of September 16, 2002.

On August 29, 2002, the parties conferred by telephone to discuss the briefing schedule. Plaintiffs stated that they will file their opposition to Defendant's Motion on September 12, 2002, the same day that they will file their response to the brief filed by the United States on behalf of the U.S. Food and Drug Administration. Defendant agreed to shorten the time allowed by Local Civ. R. 7-10 to file its reply to September 18, 2002. The parties jointly request this Court to hear Defendant's Motion for Reconsideration on Monday, September 23, 2002, which would be less than seven days after the reply is filed. If this Court is interested in having the government participate at the hearing, counsel for the government will be available to do so on September 23, 2002.

The parties submit this Stipulation outlining this abbreviated schedule in accordance with Local Civ. R. 7-1 and 52-9, and respectfully request that the Court approve it.

Respectfully submitted,

Dated: September 6, 2002

Karen A. Barth, Esq.
BAUM, HEDLUND, ARISTEI, GUILFORD
  & SCHIAVO
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 207-4204
**Counsel for Plaintiffs**

Chilton D. Varner, Esq.
KING & SPALDING
181 Peachtree Street
Atlanta, GA 30303-1763
Tel.: (404) 572-4600
Fax: (404) 572-5143
**Counsel for Defendant**

///

Stip. & (Proposed) Order on Scheduling Deft's          2
Motion for Reconsideration of Prelim. Injunction Order

**CBD 3500d 10101 **
SEP-06-02 13:06 FROM:

The parties to this action respectfully submit this Stipulation requesting that this Court permit an abbreviated schedule for briefing and hearing of Defendant's Motion for Reconsideration. Defendant filed its Motion on August 21, 2002, and originally noticed a hearing date of September 16, 2002.

On August 29, 2002, the parties conferred by telephone to discuss the briefing schedule. Plaintiffs stated that they will file their opposition to Defendant's Motion on September 12, 2002, the same day that they will file their response to the brief filed by the United States on behalf of the U.S. Food and Drug Administration. Defendant agreed to shorten the time allowed by Local Civ. R. 7-10 to file its reply to September 18, 2002. The parties jointly request this Court to hear Defendant's Motion for Reconsideration on Monday, September 23, 2002, which would be less than seven days after the reply is filed. If this Court is interested in having the government participate at the hearing, counsel for the government will be available to do so on September 23, 2002.

The parties submit this Stipulation outlining this abbreviated schedule in accordance with Local Civ. R. 7-1 and 52-9, and respectfully request that the Court approve it.

Respectfully submitted,

Dated: September 6, 2002

Karen A. Barth, Esq.
BAUM, HEDLUND, ARISTEI, GUILFORD
& SCHIAVO
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 207-4204
**Counsel for Plaintiffs**

Chilton D. Varner, Esq.
KING & SPALDING
181 Peachtree Street
Atlanta, GA 30303-1763
Tel.: (404) 572-4600
Fax: (404) 572-5143
**Counsel for Defendant**

/ / /

Stip. & (Proposed) Order on Scheduling Deft's          2
Motion for Reconsideration of Prelim. Injunction Order

SEP 06 2002  4:37 PM FR KING & SPALDING 404 572 5177 TO 6587701630509131 P.02

Consented to by:

Robert D. McCallum, Jr., Esq.
Assistant Attorney General
Eugene M. Thirolf, Esq.
Director, Office of Consumer Litigation
Gerald C. Kell, Esq.
Senior Trial Counsel
Office of Consumer Litigation
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C. 20044
Tel:   (202) 514-1586

IT IS SO ORDERED

Dated:  September __11__, 2002

Hon. Mariana R. Pfaelzer
United States District Judge

Stip. & (Proposed) Order on Scheduling Def's          3
Motion for Reconsideration of Prelim. Injunction Order

## PROOF OF SERVICE
(1013A (3) CCP Revised 5/1/88)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES.

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 12100 Wilshire Blvd., Suite 950, Los Angeles, CA 90025.

On **September 6, 2002,** I served the following document(s):**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO SUSPEND PRELIMINARY INJUNCTION PENDING APPEAL** on the interested parties in this action [X] by placing [] the original [X] a true copy thereof enclosed in sealed envelopes [] addressed as follows: [X] on the attached service list:

**[] BY MAIL:          [] BY FEDERAL EXPRESS:          [] BY EXPRESS MAIL:**

[]      I caused such envelope to be deposited in the Federal Express Depository/Express Mail Depository at Los Angeles, California.

[]      I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[]      As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on **September 6, 2002,** at Los Angeles, California.

[X]      **BY TELEFAX**: A copy of which was placed on our inter-office fax machine and telefaxed to **telecopy number** []_____ [X] the telecopy numbers shown on the attached list (or above):, after which I received a facsimile confirmation sheet indicating that all pages went through successfully.

Executed on **September 6, 2002,** at Los Angeles, California.

[X]      [Federal] I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____GARY A. BROWN_____          _____
          Typed/Printed Name                                    Signature

SERVICE LIST

Charles F. Preuss, Esq.
Vernon I. Zvoleff, Esq.
Thomas W. Pulliam, Jr., Esq.
DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4207
FAX # (415) 397-1735

Tamar P. Halpern, Esq.
Phillips, Lytle, Hitchcox, Blaine & Huber, LLP
3400 ASBC Center
Buffalo, NY 14203
FAX # (716) 852-6100

Andrew T. Bayman, Esq.
Chilton D. Varner, Esq.
King & Spalding
191 Peachtree Street
Atlanta, GA 30303
FAX # (404) 572-5100

Mark S. Brown, Esq.
King & Spalding
1730 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706
FAX # (202) 626-3737

Gerald C. Kell, Esq.
Senior Trial Counsel
Office of Consumer Litigation
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C. 20044