VERNON I. ZVOLEFF (Bar No. 81380)
THOMAS W. PULLIAM, JR. (Bar No. 46322)
DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-1730
Facsimile: (415) 397-1735

CHILTON D. VARNER
ANDREW T. BAYMAN
MARK S. BROWN
TODD P. DAVIS
KING & SPALDING
191 Peachtree Street
Atlanta, Georgia 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5143

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

FILED
CLERK U S DISTRICT COURT

OCT 3 1 2002

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DAVID J. FLEMING (Bar No. 100688)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION,
d/b/a GLAXOSMITHKLINE
(erroneously sued herein as "GlaxoSmithKline, Inc.")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PAXIL LITIGATION | Master File No.: CV-01-07937 MRP (CWx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **STIPULATION AND ~~PROPOSED~~ ORDER FOR BRIEFING SCHEDULE ON CLASS CERTIFICATION ISSUES**<br><br>**Ctrm. 12**<br>**(Hon. Mariana R. Pfaelzer)** |

1.     On or about October 30, 2002, plaintiffs submitted an Ex Parte Application for an Order Extending the Page Limit. This Ex-Parte Application

ENTERED ON CMS

NOV - 1 2002

sought to extent the page limit of Plaintiffs' Reply Brief in Support of their Motion for Class Certification ("Plaintiffs' Reply Brief") from thirty-five (35) pages to eighty-five (85) pages. By Order dated October 15, 2002, the Court granted plaintiffs' Ex Parte Application for Page Limit Extension.

2. In order to allow Defendant GlaxoSmithKline ("GSK") an opportunity to respond to issues raised by Plaintiffs' Reply Brief, the parties have conferred and have agreed upon the following briefing schedule:

a. Plaintiffs and GSK agree that GSK will be permitted to submit a Response to Plaintiffs' Reply Brief pursuant to Local Rule 7-10. GSK will file this Response on or before November 4, 2002. The parties stipulate and agree that GSK's Response Brief will not exceed fifty-five (55) pages, excluding declarations, attachments and exhibits; and

b. Plaintiffs and GSK agree that plaintiffs will submit a "Reply" to GSK's Response on or before November 12, 2002. Plaintiffs' "Reply" will not exceed twenty-eight (28) pages, excluding declarations, attachments and exhibits.

IT IS SO ORDERED this 31 day of _Octoluu_, 2002.

_Mariana R. Pfaelzer_
Honorable Mariana R. Pfaelzer
United States District Judge

DRINKER BIDDLE & REATH LLP

By: _____
David J. Fleming
333 South Grand Ave, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301
Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION

WEISS & YOURMAN

By: _____
Kevin J. Yourman
Zev B. Zysman
10940 Wilshire Boulevard, 24th Floor
Los Angeles, CA 90024
Telephone: (310) 208-2800
Facsimile: (310) 209-2348
Attorneys for Plaintiffs

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

3