Karen A. Barth (180234)
Mary Schiavo, *pro hac vice*
BAUM, HEDLUND, ARISTEI, GUILFORD & SCHIAVO
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

Kevin J. Yourman (147159)
Zev B. Zysman (176805)
WEISS & YOURMAN
10940 Wilshire Boulevard, 24th Floor
Los Angeles, CA 90024
Tel: (310) 208-2800
Fax: (310) 209-2348

Donald J. Farber (168837)
LAW OFFICE OF DONALD J. FARBER
7 Mt. Lassen Drive, Suite D-122
San Rafael, California 94903
Ph: (415) 472-7181
Fax: (415) 472-7182

*Co-Lead Counsel for Plaintiffs*

FILED
CLERK, U.S. D.STRICT COURT

FEB – 7 2003

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

NOTE CHANGES MADE BY THE COURT.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re PAXIL LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

ENTERED ON

FEB 20 2003

CV

Master File No.: CV-01-07937 MRP (CWx)

(PROPOSED) DISCOVERY ORDER

**Hearing:**

Date: January 28, 2003
Time: 10:00 a.m.
Magistrate Judge Carla Woehrle

**ORDER**

Having reviewed the parties' Joint Stipulation regarding Plaintiffs' Motion to Compel Further Responses to Plaintiffs' First Set of Interrogatories ("Plaintiffs' Motion"); considering the parties' supplemental submissions, and having heard the

Discovery Order                    1

parties at oral argument on January 28, 2003, the Court enters the following Order on plaintiffs' motion.

1. **Interrogatories one through three**. As to interrogatories 1 through 3, the motion is granted subject to the following.  Defendant SmithKline Beecham Corporation dba Glaxo SmithKline ("GSK") may respond using its understanding of the terms "dependence," "withdrawal symptoms," and "withdrawal syndrome," applicable to the respective interrogatories.  As to each interrogatory, GSK may limit its response to the last twelve (12) completed Paxil clinical trials, utilizing the dates of the final trial reports.

2. **Interrogatory Seven**.  As to interrogatory 7, the motion is denied. Plaintiffs are granted leave, however,  to serve an amended interrogatory.  The scope of the interrogatory may probe the distinction between "dependence" and "withdrawal syndrome" as those two terms were originally  used on GSK's label and prescribing information for Paxil, but GSK's response may, if stipulated in the response, be limited to its understanding of those two (2) terms when the label and prescribing information were originally issued.

3. **Interrogatory Fifteen**.  As to interrogatory 15, response is compelled using the definitions outlined in this order pertaining to interrogatories 1 through 3. The compelled response may be limited to writings which discuss or analyze the defined issues and not published in the public domain or submitted by GSK to the FDA which were.

4. **Interrogatory Sixteen**.  As to interrogatory 16, the request is denied.

5. **Interrogatory Seventeen**.  As to interrogatory 17,  response is compelled using the definitions outline in this order pertaining to interrogatories 1 through 3 and limited to uncompleted studies.  GSK may exempt from this response studies which are ongoing and were never suspended.

6. **Sanctions**. Plaintiffs' request for sanctions is denied.

/ / /

/ / /

Discovery Order                                 2

Responses hereby compelled shall be served within thirty (30) days from service of this Order.

**IT IS SO ORDERED.**

Date: February 7, 2003

_____
Honorable Carla M. Woehrle
U.S. Magistrate Judge
U.S. District Court
Central District of California

Discovery Order                                   3

**PROOF OF SERVICE**
(1013A (3) CCP Revised 5/1/88)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES.

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 12100 Wilshire Blvd., Suite 950, Los Angeles, CA 90025.

On **February 4, 2003**, I served the following document(s): **[PROPOSED] DISCOVERY ORDER** on the interested parties in this action [X] by placing [] the original [X] a true copy thereof enclosed in sealed envelopes [] addressed as follows: [X] on the attached service list:

**[X] BY MAIL:**          **[] BY FEDERAL EXPRESS:**          **[] BY EXPRESS MAIL:**

[]     I caused such envelope to be deposited in the Federal Express Depository/Express Mail Depository at Los Angeles, California.

[]     I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X]     As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on **February 4, 2003**, at Los Angeles, California.

[X]     **BY TELEFAX**: A copy of which was placed on our inter-office fax machine and telefaxed to **telecopy number []** _____ [X] the telecopy numbers shown on the attached list (or above):, after which I received a facsimile confirmation sheet indicating that all pages went through successfully.

Executed on **February 4, 2003,** at Los Angeles, California.

[X]     [Federal] I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

GARY A. BROWN
_____
Typed/Printed Name             Signature

<u>SERVICE LIST</u>

Charles F. Preuss, Esq.
Vernon I. Zvoleff, Esq.
Thomas W. Pulliam, Jr., Esq.
DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4207
FAX # (415) 397-1735

Andrew T. Bayman, Esq.
Chilton D. Varner, Esq.
Todd Davis, Esq.
King & Spalding
191 Peachtree Street
Atlanta, GA  30303
FAX # (404) 572-5100

Mark S. Brown, Esq.
King & Spalding
1730 Pennsylvania Avenue, N.W.
Washington, DC  20006-4706
FAX # (202) 626-3737