Karen A. Barth (180234)
Mary Schiavo, *pro hac vice*
BAUM, HEDLUND, ARISTEI, GUILFORD & SCHIAVO
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

Kevin J. Yourman (147159)
Zev B. Zysman (176805)
WEISS & YOURMAN
10940 Wilshire Boulevard, 24th Floor
Los Angeles, CA 90024
Tel: (310) 208-2800
Fax: (310) 209-2348

Donald J. Farber (168837)
LAW OFFICE OF DONALD J. FARBER
7 Mt. Lassen Drive, Suite D-122
San Rafael, California 94903
Ph: (415) 472-7181
Fax: (415) 472-7182

*Co-Lead Counsel for Plaintiffs*

FILED
CLERK, U.S. DISTRICT COURT

JUN 16 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PAXIL LITIGATION | Master File No.: CV-01-07937 MRP (CWx) |
| THIS DOCUMENT RELATES TO: | **CLASS ACTION** |
| ALL ACTIONS | ~~PROPOSED~~ ORDER DENYING ~~GSK'S~~ EX PARTE APPLICATION FOR ORDER GRANTING LEAVE TO FILE A RESPONSE TO PLAINTIFF'S REPLY ON CLASS CERTIFICATION |

///
///
///

ENTERED ON ICMS

JUN 18 2003

CV

Order Denying GSK's Ex Parte Application
For Order Granting Leave to File a Response to
Plaintiff's Reply on Class Certification                    1                    USDC CASE NO CV-01-07937 MRP(CWx)



Defendant's Ex Parte Application for Order Granting Leave for Defendant to File a Memorandum of Points and Authorities in Response to Plaintiffs' Reply on Class Certification is hereby DENIED.

IT IS SO ORDERED.

DATED: *June 13, 2003*

Mariana R. Pfaelzer
United States District Court Judge

Order Denying GSK's Ex Parte Applcation
For Order Granting Leave to File a Response to
Plaintiff's Reply on Class Certification                 2                 USDC CASE NO CV-01-07937 MRP(CWx)

**PROOF OF SERVICE**
(1013A (3) CCP Revised 5/1/88)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES.

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 12100 Wilshire Blvd., Suite 950, Los Angeles, CA 90025.

On **June 11, 2003**, I served the following document(s): **[PROPOSED] ORDER DENYING GSK'S EX PARTE APPLICATION FOR ORDER GRANTING LEAVE TO FILE A RESPONSE TO PLAINTIFF'S REPLY ON CLASS CERTIFICATION** on the interested parties in this action [X] by placing [] the original [X] a true copy thereof enclosed in sealed envelopes [] addressed as follows: [X] on the attached service list:

**[X] BY MAIL:**          **[] BY FEDERAL EXPRESS:**          **[] BY EXPRESS MAIL:**

[]     I caused such envelope to be deposited in the Federal Express Depository/Express Mail Depository at Los Angeles, California.

[]     I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**[X]**     As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on **June 11, 2003**, at Los Angeles, California.

**[X]**     **BY TELEFAX**: A copy of which was placed on our inter-office fax machine and telefaxed to **telecopy number** [] _____ [X] the telecopy numbers shown on the attached list (or above):, after which I received a facsimile confirmation sheet indicating that all pages went through successfully.

Executed on **June 11, 2003,** at Los Angeles, California.

**[X]**     [Federal] I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

GARY A. BROWN
Typed/Printed Name                      Signature

SERVICE LIST

Charles F. Preuss, Esq.
Vernon I. Zvoleff, Esq.
Thomas W. Pulliam, Jr., Esq.
DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4207
FAX # (415) 397-1735

Tamar P. Halpern, Esq.
Phillips, Lytle, Hitchcox, Blaine & Huber, LLP
3400 ASBC Center
Buffalo, NY  14203
FAX # (716) 852-6100

Andrew T. Bayman, Esq.
Chilton D. Varner, Esq.
Scott B. Pfahl, Esq.
King & Spalding
191 Peachtree Street
Atlanta, GA  30303
FAX # (404) 572-5100

Mark S. Brown, Esq.
King & Spalding
1730 Pennsylvania Avenue, N.W.
Washington, DC  20006-4706
FAX # (202) 626-3737

David J. Fleming, Esq.
Drinker Biddle & Reath, LLP
333 S. Grand Ave., Suite 1700
Los Angeles, CA  90071-1504
FAX # (213) 253-2301