FILED
CLERK, U.S. DISTRICT COURT

OCT 2 1 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| IN RE PAXIL LITIGATION (03 MDL 1574) | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 01-07937 MRP (CWx) |
| v. | NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT |
| Defendant(s). | |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of <u>Submitted by Plaintiff Joseph James McGrath as to Defendant</u> for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the complaint
- ☐ Proof of Service is lacking required information
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☒ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ☐ Request forwarded to assigned Judge for consideration
- ☐ Party dismissed from action on_____
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

The Clerk cannot enter the requested **Default Judgment** against _____for the following reason(s)

- ☐ No Entry of Default on file
- ☐ No declaration of as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55.3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

DOCKETED ON CM

OCT 2 1 2004

BY _____ 022

CLERK OF COURT

By _____
G. Kami
Deputy Clerk

CV-52B (12/03)                    NOTICE OF DEFICIENCY - DEFAULT/DEFAULT JUDGMENT