

THOMAS M. MOORE (State Bar No. 116059)
DAVID J. FLEMING (State Bar No. 100688)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301
david.fleming@dbr.com

Chilton D. Varner
Todd P. Davis
Mark S. Brown
Andrew T. Bayman
KING & SPALDING
191 Peachtree Street
Atlanta, Georgia 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5143

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

FILED
CLERK, U.S. DISTRICT COURT

MAR - 8 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

In re PAXIL PRODUCTS LIABILITY LITIGATION

This document relates to:
Apodaca, 03-6583 MRP (CWx)
Barton, 04-2515 MRP (CWx)
Bridge, 03-9131 MRP (CWx)

MDL NO. 1574-M RP

Master File No: CV-01 7937 MRP (CWx)

COURTROOM: 12
(Hon. Mariana R. Pfaelzer)

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING FOR DEFENDANT GSK'S MOTION TO SEVER THE FIVE CALIFORNIA TRIAL CANDIDATE PLAINTIFFS' CASES**

Date: ~~March 31~~ MARCH 31, 2005
Time: 10:00 a.m.
Place: Courtroom 12

LODGED

DOCKETED ON CM

MAR - 8 2005

BY _____ 010

621

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

Beecham Corporation d/b/a GlaxoSmithKline ("GSK") informed the Court that it intended to file a Motion to Sever the Five California Trial Candidate Plaintiffs' cases for purposes of trial. Plaintiffs indicated that they had not had sufficient time to consider their position on GSK's Motion and the Court the directed the parties to meet and confer on the matter. The Court informed the parties during the March 1, 2005 status conference that the Court would entertain an expedited briefing schedule and would hear GSK's motion on March 31, 2005, during the previously scheduled Status Conference, if the parties were not able to agree on severance of the Five California Trial Candidate Plaintiffs' cases. The parties have met and conferred but have not reached a compromise as to the manner in which the Five California Trial Candidate Plaintiffs' cases will be tried.

The parties have agreed to the following briefing and hearing schedule, and the Court hereby orders as follows:

| | |
|---|---|
| GSK to file Motion to Sever on or before | March 4, 2005 |
| Plaintiffs to file Opposition Brief on or before | March 22, 2005 |
| GSK to file its Reply Brief on or before | March 28, 2005 |
| Hearing on GSK's Motion to Sever | March 31, 2005 |

SO ORDERED.

Dated: _March 7_, 2005.

BY THE COURT:

Judge Mariana R. Pfaelzer
United States District Court

2    STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULING FOR DEFENDANT GSK'S MOTION TO SEVER
THE FIVE CALIFORNIA TRIAL CANDIDATE PLAINTIFFS'
CASES

Dated: 3\3 , 2005.                    By:

David J. Fleming (Bar No. 100688)
Drinker Biddle & Reath LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504

*Telephone: (213) 253-2300*

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

Dated: March 3 , 2005.                    By:

Christopher L. Coffin.
PENDLEY LAW FIRM
24110 Eden Street
Plaquemine, LA 70765
Telephone: (225) 687-6396

Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR DEFENDANT GSK'S MOTION TO SEVER THE FIVE CALIFORNIA TRIAL CANDIDATE PLAINTIFFS' CASES

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles, CA 90071