## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | MDL 03-1574-MRP<br>CV01-7937-MRP(CWx) | Date | March 24, 2005 |
|---|---|---|---|

| Title | In re PAXIL PRODUCTS LIABILITY LITIGATION |
|---|---|

Present: The Honorable  Mariana R.  Pfaelzer, Senior U.S. District Judge

| Carolyn Trump | Carole Elkins | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Karen B. Menzies
Robert Brava-Partain
Christopher Coffin
Jennifer Liakos
Kevin Yourman

Attorneys Present for Defendants:

Todd Davis
Scott Pfahl

**Proceedings:**        Telephone Conference

Held telephone conference on record. The parties will work out an extension for replies and opposition dates to GSK's Daubert motion and report dates to the clerk.

Off record - In chambers:  The parties reported that the time to respond to GSK's Daubert motion has been extended - the opposition is due April 1, 2005 and the reply is due April 11, 2005.  The court takes under submission without oral argument the following:  Plaintiffs' motion for class certification (filed by 2/8/05) ; and   Defendant's motion to sever the five California trial candidate plaintiffs' cases (filed 3/8/05).  The status conference scheduled March 31, 2005 is cancelled and not rescheduled at this time.

DOCKETED ON CM

MAR 25 2005

BY _____ 005

667