DAVID J. FLEMING (Bar No. 100688)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301

MICHAEL G. CONNERY
ANDREW G. DAVIS
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

CHILTON DAVIS VARNER
ANDREW T. BAYMAN
TODD P. DAVIS
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5143

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 5 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| In re PAXIL PRODUCTS LIABILITY LITIGATION | 03-MDL No. 1574 |
| | Master File No. CV-01-7937 MRP (CWx) |
| | (Honorable Mariana R. Pfaelzer) |
| THIS DOCUMENT RELATES TO: | |
| LISA BETTS *et al.*, | JOINT STIPULATED [PROPOSED] ORDER AND JUDGMENT |
| Plaintiffs, | |
| vs. | |
| SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, *et al.*, | |
| Defendants. | |
| CIVIL ACTION NO.: 4:04CV3362 | |

DOCKETED ON CM

MAR 29 2005

BY _____ 026

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles, CA 90071

**ORIGINAL**

WHEREAS, by Motion of Defendant SmithKline Beecham d/b/a GlaxoSmithKline ("GSK"), GSK seeks Partial Summary Judgment on Plaintiffs' Claim for Punitive Damages sought under Nebraska law in Plaintiffs' Complaint.

WHEREAS, Plaintiffs, through their respective counsel of record, agreed not to contest GSK's Motion.

IT IS HERBY STIPULATED AND AGREED between the Parties, through their respective counsel of record, and subject to approval of this Court that Judgment shall be and is hereby entered in favor of GSK on the request for punitive damages under Nebraska law in Plaintiffs' Complaint and this claim for relief should be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: March / 2005

DRINKER BIDDLE & REATH LLP

By: _____
David J. Fleming
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301

CHILTON D. VARNER
ANDREW T. BAYMAN
TODD P. DAVIS
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5143

Attorneys for Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE

DATED: MARCH 16, 2005

By: _____
CHRISTOPHER L. COFFIN
PATRICK W. PENDLEY
PENDLEY LAW FIRM
P.O. Drawer 71
Palquemine, LA 70765
Tel: (225) 687-6396
Fax: (225) 687-6398

Karen Menzies
BAUM, HEDLUND, ARISTEI,
GUILFORD &      SCHIAVO
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3222
Fax: (310) 820-7444

DONALD J. FARBER
LAW OFFICE OF DONALD J.
FARBER
7 Mt. Lassen Dr., Suite D-122
San Rafael, CA 94903
Tel: (415) 472-7181
Fax: (415) 472-7182

Attorneys for Plaintiffs

IT IS HEREBY ORDERED that the Motion for Partial Summary Judgment on Plaintiffs' Claim for Punitive Damages sought under Nebraska law is hereby GRANTED.

IT IS FURTHER ORDERED that Judgment shall be and is hereby entered in favor of GSK on the request for punitive damages sought under Nebraska law in Plaintiffs' Complaint and Plaintiffs' claim for relief is DISMISSED with prejudice.

Dated this 25 day of March, 2005.

_____
Hon. Mariana R. Pfaelzer
United States District Judge

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles, CA 90071

3

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                       )  ss.:
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 1700, Los Angeles, CA 90071-1504.

On March 16, 2005, I served on interested parties in said action the within:

JOINT STIPULATION AND [PROPOSED] ORDER TO SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached service list.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on March 16, 2005, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JAN MONTGOMERY
_____
(Type or print name)

_____
(Signature)

## SERVICE LIST

Karen Barth
BAUM HEDLUND ARISTEI
GUILFORD & SCHIAVO
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone (310) 207-3233
Facsimile (310) 820-7444

Zev B. Zysman
Weiss & Yourman
10940 Wilshire Blvd, 24th Floor
Los Angeles, CA  90024
Telephone: (310) 208-2800
Facsimile: (310) 209-2348

Donald J. Farber
LAW OFFICES OF DONALD J.
FARBER
7 Mt. Lassen Drive
Suite D-122
San Rafael, CA 94903
Telephone: (415) 472-7181
Facsimile: (415) 472-7182

Michael G. Connery
Andrew G. Davis
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

LA1\21472\1

2

DEFENDANT'S MEMORANDUM OF POINTS AND
AUTHORITIES IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION