_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3
√

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

MDL:        03-1574 MRP
Low No. √ CV 01-07937 MRP(CWx)        Date/Filed: March 17, 2005

Title:   In RE: PAXIL LIABILITY LITIGATION

PRESENT:   THE HONORABLE WM. MATTHEW BYRNE, JR.   JUDGE

           Vangelina Pina                    Not Present
           Courtroom Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

    Karen Menzies          .          Todd Davies

PROCEEDING: (IN CHAMBERS) TELEPHONIC CONFERENCE CALL

In chambers and off the record, the conference call is held. Court and counsel discuss the status of the case and schedule a settlement conference starting **Wednesday, April 6, 2005 at 9:30 a.m.** and to continue Thursday, April 7, 2005, at 9:30 a.m., if needed.

Counsel are instructed to submit a confidential settlement position paper, no greater than five pages in length, due by March 31, 2005.

cc:   Judge Mariana R. Pfaelzer
      All Counsel of Record



DOCKETED ON CM

APR - 6 2005

BY _____ 010

MINUTES FORM 90               Initials of Deputy Clerk ___
CIVIL - GEN

743