WILLIAM A. HANSSEN (Bar No. 110613)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301

CHILTON DAVIS VARNER
ANDREW T. BAYMAN
TODD P. DAVIS
SCOTT B. PFAHL
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE



Priority ___
Send ___
Enter ___
Close ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only _X_

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

JAN - 4 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| In re PAXIL PRODUCTS LIABILITY LITIGATION | MDL No. 1574 (MRP)<br><br>Master File No. CV-01-7937 (MRP) (CWx)<br><br>**THIS DOCUMENT RELATES TO:**<br>**Willie Allen, 2:05-cv-02172 MRP (CW)**<br><br>~~[PROPOSED]~~ **ORDER DISMISSING WITH PREJUDICE PLAINTIFFS FOR FAILURE TO TIMELY COMPLETE COURT APPROVED MDL PLAINTIFF QUESTIONNAIRE FORM** |

The parties to this action participated in Status Conferences on May 15, 2006, May 24, 2006, and May 26, 2006 regarding case discovery and scheduling issues.

DOCKETED ON CM

JAN 1 0 2007

BY _____ 010

1137

LODGED

The Court directed the parties to submit their Proposed Case Management and Scheduling Order No. 2 setting the deadline for all remaining MDL plaintiffs to submit completed MDL Plaintiff Questionnaires, signed updated authorizations and responsive documents by June 15, 2006. Case Management and Scheduling Order No. 2 was signed by all parties and was signed by the Court on June 1, 2006 and entered on June 7, 2006.

Pursuant to the Court's June 7, 2006 Case Management and Scheduling Order No. 2, Defendants' Counsel inform the Court that Plaintiffs listed below have failed to timely complete and serve upon Defendants the supplemental MDL Questionnaire and updated executed authorizations.

THEREFORE, the Court hereby dismisses WITH PREJUDICE all claims against Defendant regarding its drug Paxil for the following Plaintiffs:

1. Mike DeKubber

2. Marcie Kaplani

3. Donna Joy Stone

Each party to bear their own costs, pursuant to Fed.R.Civ.P. 41(a).

IT IS SO ORDERED.

Dated: January 3, 2007.

BY THE COURT:

_Mariana R. Pfaelzer_
Judge Mariana R. Pfaelzer
United States District Court

Dated: 12/28, 2006.

By: _William A. Hanssen_
William A. Hanssen (Bar No. 110613)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300

Chilton Davis Varner
Andrew T. Bayman
Todd P. Davis
Scott B. Pfahl
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
(404) 572-4600

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                       )  ss.:

COUNTY OF LOS ANGELES  )

*In re Paxil Products Liability Litigation*—MDL No. 1574

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 1700, Los Angeles, CA 90071-1504.

On January 3, 2007, I served on interested parties in said action the within:

**[PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFFS FOR FAILURE TO TIMELY COMPLETE COURT APPROVED MDL PLAINTIFF QUESTIONNAIRE FORM – WILLIE ALLEN**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached service list.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on January 3, 2007, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Elizabeth Woodfork | |
| --- | --- |
| (Type or print name) | (Signature) |

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles, CA 90071

LA1\91579\1

PROOF OF SERVICE

## SERVICE LIST

*In re Paxil Products Liability Litigation*—MDL No. 1574

Karen Barth Menzies, Esq.
BAUM HEDLUND
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
(310) 207-3233
(310) 820-7444 (fax)
*e-mail:*
kbmenzies@baumhedlundlaw.com

Attorneys for Plaintiffs

Kevin J. Yourman, Esq.
YOURMAN, ALEXANDER &
PAREKH
3601 Aviation Boulevard
Suite 3000
Manhattan Beach, CA 90266
(310) 725-6400
(310) 725-6420 (fax)
*e-mail*: kyourman@yaplaw.com

Attorneys for Plaintiffs

Donald J. Farber, Esq.
LAW OFFICES OF DONALD J.
FARBER
175 North Redwood Drive
Suite 130
San Rafael, CA 94903
(415) 472-7181
(415) 472-7182 (fax)
*e-mail*: N3DGT@aol.com

Attorneys for Plaintiffs

Christopher L. Coffin, Esq.
PENDLEY, BAUDIN & COFFIN,
L.L.P.
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
(225) 687-6396
(225) 687-6398 (fax)
*e-mail*: ccoffin@pbclawfirm.com

Attorneys for Plaintiffs

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles, CA 90071

PROOF OF SERVICE