WILLIAM A. HANSSEN (Bar No. 110613)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301

CHILTON DAVIS VARNER
ANDREW T. BAYMAN
TODD P. DAVIS
SCOTT B. PFAHL
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5136

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE and
GLAXOSMITHKLINE, PLC

**ORIGINAL**

FILED - WESTERN DIVISION
CLERK. U.S. DISTRICT COURT

JUN 7 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ———
Send ———
Enter ———
Closed ———
JS-5/JS-6 ———
JS-2/JS-3 ———
Scan Only

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| In re PAXIL PRODUCTS LIABILITY LITIGATION | MDL No. 1574 (MRP)<br><br>Master File No. CV-01-7937 (MRP) (CWx)<br><br>THIS DOCUMENT RELATES TO:<br><br>**Hall, 2:04-cv-01588 MRP (CWx)**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS OF JACK HARDMAN c/o JUDY HARDMAN** |

IT HEREBY IS STIPULATED between counsel for Defendant and Plaintiff as follows:

Plaintiff Jack Hardman c/o Judy Hardman hereby dismisses with prejudice all

DOCKETED ON CM

JUN - 7 2007

BY                    010

of his claims against Defendant regarding its drug Paxil:

Each party to bear their own costs, pursuant to Fed.R.Civ.P.41(a).

IT IS SO ORDERED.

DATED: _June 7_, 2007.

_____
The Honorable Mariana R. Pfaelzer
United States District Court Judge

DATED: _May 24_, 2007.        BAUM HEDLUND

_____
Karen Barth Menzies, Esq.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tele: (310) 207-3233
Fax: (310) 820-7444
kbmenzies@baumhedlundlaw.com
Attorney for Plaintiffs

DATED: _May 29_, 2007.        DRINKER, BIDDLE & REATH LLP

_____
William A. Hanssen
333 South Grand Avenue
North Tower, Suite 1700
Los Angeles, CA 90071
Tele: (213) 253-2300
Fax: (213) 253-2301
william.hanssen@dbr.com

[CONTINUED NEXT PAGE]

Chilton Davis Varner
Todd P. Davis
Andrew T. Bayman
Scott B. Pfahl
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Tele: (404) 572-4600
Fax: (404) 572-5100

Attorneys for Defendant SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and
*GLAXOSMITHKLINE plc*

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) SS.:
COUNTY OF LOS ANGELES )

*In re Paxil Products Liability Litigation*—MDL No. 1574

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 1700, Los Angeles, CA 90071-1504.

On May 30, 2007, I served on interested parties in said action the within:

## JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS OF JACK HARDMAN c/o JUDY HARDMAN

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached service list.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on May 30, 2007, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Elizabeth Woodfork _____
(Type or print name)                (Signature)

LA1\95127\1

## SERVICE LIST

*In re Paxil Products Liability Litigation*—MDL No. 1574

Karen Barth Menzies, Esq.
BAUM HEDLUND
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
(310) 207-3233
(310) 820-7444 (fax)
*e-mail:*
kbmenzies@baumhedlundlaw.com

Attorneys for Plaintiffs

Kevin J. Yourman, Esq.
YOURMAN, ALEXANDER &
PAREKH
3601 Aviation Boulevard
Suite 3000
Manhattan Beach, CA  90266
(310) 725-6400
(310) 725-6420 (fax)
*e-mail*: kyourman@yaplaw.com

Attorneys for Plaintiffs

Donald J. Farber, Esq.
LAW OFFICES OF DONALD J.
FARBER
175 North Redwood Drive
Suite 130
San Rafael, CA 94903
(415) 472-7181
(415) 472-7182 (fax)
*e-mail*: N3DGT@aol.com

Attorneys for Plaintiffs

Christopher L. Coffin, Esq.
PENDLEY, BAUDIN & COFFIN,
L.L.P.
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
(225) 687-6396
(225) 687-6398 (fax)
*e-mail*: ccoffin@pbclawfirm.com

Attorneys for Plaintiffs