FILED
CLERK, U.S. DISTRICT COURT

MAY 28 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re PAXIL PRODUCTS
LIABILITY LITIGATION

This document relates to:

ALL ACTIONS

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

MDL NO.  03-ML-1574
Master File No. CV 01-7937 MRP

Hon. Mariana R. Pfaelzer
Courtroom:  12

~~(PROPOSED)~~ ORDER PERMITTING PSC TO FILE UNDER SEAL THE PETITION TO CLOSE MDL-1574 QUALIFIED SETTLEMENT FUND ACCOUNT

TO THE CLERK OF THE COURT AND TO ALL PARTIS AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

The Plaintiffs' Steering Committee applied to this Court to file  under seal the Unopposed Petition to Close the MDL-1574 Qualified Settlement Fund ("QSF") . Having considered this request, it is hereby GRANTED and ORDERD:

Plaintiffs' Steering Committee is permitted to file under seal the following, previously lodged with the Court on May 15, 2014:

(1)  Petition to Close the MDL-1574 Qualified Settlement Fund Account.

Dated: May 28, 2014

_Mariana R. Pfaelzer_
Hon. Mariana R. Pfaelzer

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 12100 Wilshire Blvd., Suite 950, Los Angeles, CA 90025.

On May 22, 2014, I served the following document(s): **(Proposed) Order Permitting the PSC to File Under Seal the Petition to Close the MDL-1574 Qualified Settlement Fund Account**, on the interested parties in this action [X] by placing [] the original [X] a true copy thereof enclosed in sealed envelopes [X] addressed as follows: [] on the attached service list:

David J. Fleming
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue
North Tower, Suite 1700
Los Angeles, CA 90071

Chilton D. Varner, Esq.
Todd Davis, Esq.
KING & SPAULDING
191 Peachtree Street, Suite 4300
Atlanta, GA 30303-1763

**[X] BY MAIL:     [] BY FEDERAL EXPRESS:          [] BY EXPRESS MAIL:**

[X]    I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X]    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[X]    [Federal] I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 22, 2014, at Los Angeles, California.

Sheila Beam
Typed/Printed Name

Signature

2